920

*David P. Findling* and *Mozart G. Ratner* for respondent.

No. 481. HUMBLE OIL & REFINING CO. ET AL. *v.* SUN OIL Co. C. A. 5th Cir. Certiorari denied. *Gordon Boone, Robert H. Kelley, R. E. Seagler, Rex G. Baker* and *Nelson Jones* for petitioners. *Chas. D. Turner, Fritz L. Lyne* and *Martin A. Row* for respondent. *Price Daniel,* Attorney General, and *Jesse P. Luton, Jr.,* Assistant Attorney General, filed a brief for the State of Texas, as *amicus curiae,* supporting respondent.

No. 482. BARSHOP *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Sylvan Lang, Bernard Ladon, Leslie Byrd* and *Dan Moody* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Meyer Rothwacks* and *Fred G. Folsom* for the United States.

No. 488. HEAGNEY *v.* BROOKLYN EASTERN DISTRICT TERMINAL. C. A. 2d Cir. Certiorari denied. *Carlton A. Walls* and *B. Nathaniel Richter* for petitioner. *Henry A. Mulcahy* for respondent.

No. 4. UNITED STATES *v.* COPLON. C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States. *Leonard B. Boudin, Samuel A. Neuburger* and *Sidney S. Berman* for respondent.

No. 9, Misc. BARNES *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied.